IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER DUPREE,

      Plaintiff,                                 CV F 05 1291 AWI WMW   P

  vs.                                           FINDINGS AND RECOMMENDATIONS

GEORGE GALAZA, et al.,

      Defendants.

On November 21, 2006, an order was entered, dismissing the complaint and granting Plaintiff leave to file an amended complaint.  On December 7, 2006, Plaintiff filed a motion to voluntarily dismiss this action.  Plaintiff indicates that he desires to dismiss the complaint without prejudice.  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is  advised that failure to file objections within the specified time waives all objections to the judge's findings of fact.  See

1 Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file objections within the
2 specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
3 F.2d 1153 (9th Cir. 1991).

7 IT IS SO ORDERED.

8 **Dated:   December 28, 2006**              /s/  **William M. Wunderlich**
mmkd34                                         UNITED STATES MAGISTRATE JUDGE

2