IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER DUPREE,

    Plaintiff,                                 CV F 05 1291 AWI WMW P

    vs.                                         ORDER RE: FINDINGS & RECOMMENDATIONS (#16)

GEORGE GALAZA, et al.,

    Defendants.

_____/

        Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On December 29, 2006, findings and recommendations were entered, recommending dismissal of this action without prejudice on Plaintiff's motion. Plaintiff was provided an opportunity to file objections within twenty days. Plaintiff has not filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the

1

1  entire file, the court finds the findings and recommendations to be supported by the record and
2  proper analysis.
3          Accordingly, THE COURT HEREBY ORDERS that:
4      1. The Findings and Recommendations issued by the Magistrate Judge on
5  December 29, 2006, are adopted in full; and
6      2. This action is dismissed without prejudice pursuant to Federal Rule of Civil
7  Procedure 41(a)(1)(i).  The Clerk is directed to close this case.
8
9  IT IS SO ORDERED.
10 **Dated:    February 15, 2007**              /s/ Anthony W. Ishii
   0m8i78                               UNITED STATES DISTRICT JUDGE